## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES HARNAGE | : | NO. 3:14-CV- 885(SRU) |
| v. | : | |
| JAMES DZURENDA, *et al.* | : | MAY 13, 2019 |

### DEFENDANTS' MOTION FOR RELIEF FROM STANDING ORDER

Pursuant to paragraph 4 (Objections) of this Court's Standing Order (ECF Doc. #131) and the provisions of Rule 26(c) of the Federal Rules of Civil Procedure, the defendants respectfully move for a protective order to relieve the defendants from the unnecessary burdens, costs, expenses, and annoyances which are, in part, required by the Standing Order on Disclosure (ECF Doc. # 131). This Order requires the significant expenditure of time and resources which are wholly unnecessary in light of the defendants' affirmative defenses, *inter alia*, of 1) failure to exhaust administrative remedies, and 2) qualified immunity. In addition, the plaintiff is no longer representing himself as court appointed counsel, Attorney Frank Riccio II, has appeared, and the parties have filed a joint Rule 26(f) report. (ECF Doc. #130). The defendants have filed a large amount of materials, and have already supplied the plaintiff with such disclosures and materials in connection with parallel state court proceedings, having withstood years of discovery from plaintiff, in *Harnage v. Schulman & Department of Correctio*n, J.D. of New London, No. CV-12-5014356, 2018 WL 6446003, at *3 (Conn. Nov. 15, 2018)(*Handy, J.*)(finding the plaintiff has failed to establish standing, and granting the defendant's motion to dismiss), *appeal dismissed* A.C. 42473 (Ct. App. Ct. Feb. 6, 2019).

For the additional reasons set forth in the accompanying memorandum, this motion for relief should be granted.

DEFENDANTS
James Dzurenda, at al.

WILLIAM TONG
ATTORNEY GENERAL

By:  *Steven R. Strom*
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Fax (860) 808-5591
Federal bar #ct01211
E-mail: steven.strom@ct.gov

## CERTIFICATION

I hereby certify that on May 13, 2019, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*Steven R. Strom*
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail:  steven.strom@ct.gov